UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| NICHOLAS CRYSTAL,<br><br>                  Plaintiff,<br>     v.<br><br>JEREMY BEAN, *et al.*,<br><br>                  Defendants. | Case No. 2:24-cv-00314-GMN-NJK<br><br>ORDER |

**I.     DISCUSSION**

Plaintiff has filed a notice of voluntary dismissal. (ECF No. 13.)  Under Federal Rule of Civil Procedure 41(a)(1), a plaintiff may dismiss an action without a court order by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Fed. R. Civ. P. 41(a)(1)(A)(i).  No answer or motion for summary judgment has been filed.  Therefore, the Court accepts the notice of voluntary dismissal and dismisses this case without prejudice.  Plaintiff's pending motions are denied as moot.

**II.    DISCUSSION**

For the foregoing reasons, it is ordered that the Court accepts Plaintiff's notice of voluntary dismissal (ECF No. 13).  This action is dismissed in its entirety without prejudice.

It is further ordered that the Clerk of the Court enter judgment accordingly and close this case.

It is further ordered that Plaintiff's pending motions (ECF Nos. 9, 11) are DENIED as moot.

DATED THIS  24   day of August 2024.

_____
Gloria M. Navarro, Judge
United States District Court

1